DANIELS v. MONTGOMERY MUT. INS. CO.

No. 498PA86.

Case below: 81 N.C. App. 600.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1986.

DAVIS v. TAYLOR

No. 477P86.

Case below: 81 N.C. App. 42.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

DURHAM v. NATIONWIDE MUTUAL INS. CO.

No. 455P86.

Case below: 81 N.C. App. 528.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

ENSLEY v. NATIONWIDE MUT. INS. CO.

No. 480P86.

Case below: 80 N.C. App. 512.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1986.

FOARD v. FOARD

No. 491P86.

Case below: 81 N.C. App. 678.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.